# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | | |
|---|---|---|
| PETER MEDVED, individually and on behalf of all others similarly situated, | § § § § | Docket No. 2:18-cv-00973-MJH |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| RUBICON OILFIELD INTERNATIONAL HOLDINGS, LLC and TERCEL OILFIELD PRODUCTS USA, LLC | § § § § § § | CLASS/COLLECTIVE ACTION |
| Defendants. | § § | 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT AND DISMISS LAWSUIT WITH PREJUDICE

Having considered Plaintiff's Unopposed Motion to Approve Collective Action Settlement, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that the Parties' Settlement Agreement is APPROVED.

It is further ORDERED that this case and all claims asserted in this case by Plaintiff Peter Medved and Opt-in Plaintiff Christopher Southers are DISMISSED WITH PREJUDICE.

_April 19, 2019_
Date

_[signature]_
The Honorable Marilyn J. Horan
United States District Judge